DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LINDA OBERMAN,**
Appellant,

v.

**AMERICAN EXPRESS CENTURION BANK CORPORATION,**
Appellee.

No. 4D17-1516

[February 8, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 2016CA011939.

Linda Oberman, Boynton Beach, pro se, for appellant.

Mitchell Morneault of Modlin Slinsky, P.A., Sunrise, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***